UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff, v.**<br><br>**[1] ANGEL ROMERO-SANTANA,**<br>**[2] EUFEMIO ESPINAL,**<br><br>**Defendants.** | Criminal No. 21-171 (PAD) |

**MOTION TO UNSEAL CASE**

**TO THE HONORABLE COURT:**

**COMES NOW**, the United States of America, through the undersigned attorney, and to this Honorable Court very respectfully states and prays as follows:

1.  This case has been partially sealed because one of the defendants had not been arrested.

2.  At this time, the case can be unsealed since all of the defendants have now been arrested.

**WHEREFORE,** the United States respectfully requests that this case be unsealed.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this July 3, 2025.

W. STEPHEN MULDROW
UNITED STATES ATTORNEY

/s/ *Antonio L. Perez-Alonso*
Antonio L. Perez-Alonso – G02902
Assistant United States Attorney

1

United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave.
San Juan, Puerto Rico 00918
Tel. (787) 766-5656

**<u>CERTIFICATE  OF SERVICE</u>**

**I HEREBY CERTIFY** that the foregoing document was uploaded today, July 3, 2025, into the Court's website using the CM/ECF system, and a true and correct copy will be served upon counsel of record through this system.

/s/ *<u>Antonio L. Perez-Alonso</u>*
Antonio L. Perez-Alonso – G02902
Assistant United States Attorney